## Case Information

CV11-26-0058 | Michael Fioravanti Plaintiff, vs. Resurgent Capital Services LP,LVNV Funding, LLC Defendant.

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| CV11-26-0058 | Boundary County District Court | Jensen, Susie |
| File Date | Case Type | Case Status |
| 02/12/2026 | AA1 Creditor/ Debtor Collections (more than $10,000) | Active - Pending |

## Party

Plaintiff
Fioravanti, Michael

Active Attorneys ▼
Pro Se

Defendant
Resurgent Capital Services LP

Defendant
LVNV Funding, LLC

## Events and Hearings

02/12/2026 New Case - District Civil for Creditor/Debtor

02/12/2026 Civil Case Information Sheet

02/12/2026 Complaint Filed ▼

   Comment
   Verified Complaint for Damages

02/12/2026 Summons Issued

02/12/2026 Summons ▼

Unserved

Unserved

02/21/2026 Affidavit / Return of Service ▼

   Comment
   of Process To Defendants' Registered Agents (Certified Mail)

## Financial

Fioravanti, Michael

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $221.00 |
| | Total Payments and Credits | | | $221.00 |
| 2/12/2026 | Transaction Assessment | | | $221.00 |
| 2/12/2026 | EFile Payment | Receipt # 00407-2026-R11 | Fioravanti, Michael | ($221.00) |