Michael Fioravanti
187 Ruby creek Rd.
Naples, Idaho 83847

CERTIFIED MAIL

9589 0710 5270 2655 6708 88

Retail



RDC 99



83686

U.S. POSTAGE PAID
FCM LG ENV
BONNERS FERRY, ID 83805
FEB 13, 2026

**$12.14**

R2304N118243-7

Corporation Service Company
(Registered Agent for Resurgent Capital Services L.P.)
1305 12th Avenue Road
Nampa, Idaho    83686