J. Will Varin ISB #6981
Varin Thomas LLC
242 N. 8th Street, Suite 220
P.O. Box 1676
Boise, Idaho 83701
Phone (208) 922-7060
Fax 1-866-717-1758
willvarin@varinthomas.com

Attorneys for Defendants
Resurgent Capital Services LP
and LVNV Funding LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL FIORAVANTI,<br><br>Plaintiff,<br><br>vs.<br><br>RESURGENT CAPITAL SERVICES LP and LVNV FUNDING LLC,<br><br>Defendants. | CASE NO.:<br><br>**LVNV FUNDING LLC'S CORPORATE DISCLOSURE** |

Defendant LVNV Funding LLC ("LVNV") hereby files its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. LVNV states that it is a limited liability company, and no publicly held corporation owns 10% or more of its stock. Should the identity of any other interested party

become known, or if any of the information contained herein changes, LVNV will notify the Court and all parties by filing a supplemental notice.

DATED THIS 10th day of March, 2026.

                                                          Varin Thomas LLC

                                                By: */s/ J. Will Varin*
                                                      J. Will Varin
                                                      Attorneys Defendants
                                                      Resurgent Capital Services LP
                                                      and LVNV Funding LLC

## CERTIFICATE OF SERVICE

I certify that on March 10, 2026, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system and parties may access this filing through the Court's system.

By: */s/ J. Will Varin*
    J. Will Varin
    Attorneys Defendants
    Resurgent Capital Services LP
    and LVNV Funding LLC