UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL FIORAVANTI,<br><br>    Plaintiffs,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P.; and<br>LYNV FUNDING, LLC,<br><br>    Defendants. | Case No. 2:26-cv-00132-AKB<br><br>**ORDER DENYING PLAINTIFFS'<br>APPLICATION FOR ELECTRONIC<br>FILING** |

On March 16, 2026, Plaintiff Michael Fioravanti filed a Motion for Permission to File Documents Electronically (Pro Se Litigant) (Dkt. 5). Rule 5(d)(3)(B) of the Federal Rules of Civil Procedure allows a person not represented by an attorney to file and sign documents electronically if allowed by court order or local rule. The District of Idaho uses the judiciary's Case Management and Electronic Case Files (CM/ECF) Program. Dist. Idaho Loc. Civ. Rule 5.1(a). Only registered participants may file documents electronically.

While an unrepresented individual may obtain the Court's permission to file submissions electronically using the CM/ECF system, such authorization is typically denied unless the pro se party makes a showing of good cause or extenuating circumstances justifying such relief. *See, e.g.*, *McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming district court's denial of pro se plaintiff's access to CM/ECF because plaintiff did not show good cause).

In this case, Plaintiff provides no explanation as to why paper filings are more burdensome than CM/ECF access. Thus, Plaintiff has not shown the requisite extenuating circumstances to use

**ORDER – 1**

CM/ECF rather than the U.S. mail system. The Court will therefore deny the request at this time without prejudice.

## ORDER

1.    Plaintiff's Motion for Permission to File Documents Electronically (Dkt. 5) is **DENIED**.

DATED: March 17, 2026

*Amanda K. Brailsford*

Amanda K. Brailsford
U.S. District Court Judge

ORDER – 2